662

Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Hartwell Cabell, Milton B. Ignatius,* and *Wendell P. Barker* for petitioner. *Messrs. Oscar R. Houston* and *D. Roger Englar* for respondent.

No. 849. AMERICAN SNUFF CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Mr. L. A. Luce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 831. BONET, TREASURER OF PUERTO RICO, *v.* QUILES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. No appearance for respondent.

No. 832. BONET, TREASURER OF PUERTO RICO, *v.* VALIENTE & Co. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. *Mr. Edelmiro Martinez Rivera* for respondent.

No. 834. DI SANTO *v.* UNITED STATES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William*